**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 27 EAL 2022
:
Respondent    :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.    :
:
:
GRIFFIN CAMPBELL,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.